FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 17, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN E.,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  2:20-CV-0433-JAG<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 24.  Attorney Chad L. Hatfield represents Plaintiff; Special Assistant United States Attorney Leisa A. Wolf represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 6.  After considering the file and proposed order, **IT IS ORDERED:**

1.      The parties' Stipulated Motion for Remand, **ECF No. 24**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Appeals Council shall remand the matter to an Administrative Law Judge to perform the following:  (1) consider whether Plaintiff's self-employment income constitutes substantial gainful activity; (2) reevaluate the medical opinion evidence, including the supportability and consistency of the opinions of Gregory J. Charboneau, Ed.D., and the prior

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

administrative findings of Michael L. Brown, Ph.D., and Christmas Covell, Ph.D.; (3) re-evaluate Plaintiff's residual functional capacity if warranted; (4) if warranted, obtain supplemental vocational expert opinion evidence to determine whether there are jobs that exist in significant numbers in the national economy that Plaintiff can perform with his residual functional capacity; (5) allow Plaintiff to demonstrate that the facts of the case warrant another hearing; and (6) take the necessary steps in order to further develop the record and issue a new decision on the issue of disability through Plaintiff's date last insured.

       2.    **Judgment shall be entered for PLAINTIFF**.

       3.    Plaintiff's Motion for Summary Judgment, **ECF No. 16**, is **STRICKEN AS MOOT**.

       4.    An application for attorney fees and costs may be filed by separate motion.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED December 17, 2021.



                              _____
                                JAMES A. GOEKE
                              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2